# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4363WM

_____

Premier Bank and Sunwest Bank of     *
Clovis, N.A.,     *
    *
        Appellants,     *
    *
      v.     *   On Appeal from the United
    *   States District Court for
    *   the Western District of
Thomas W. Tierney, Tierney & Ernst,   *   Missouri.
KMPG Peat, Marwick, Wright, Herfordt *
& Sanders, Harold E. Card, Carl E.   *   [To be published.]
Wright, Ira W. Palmer, and John P.   *
Redd,     *
    *
        Appellees.     *

_____

Submitted: September 21, 1998

Filed: October 2, 1998

_____

Before RICHARD S. ARNOLD, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

This is an action for negligence against directors, accountants, and attorneys for a group of companies known as the Midwestern Companies. The plaintiffs are the owners of certain industrial revenue bonds and coupons sold by certain municipalities

and guaranteed by the Midwestern Companies. The District Court[1] held that the action was barred by the statute of limitations, Mo. Ann. Stat. §516.100, and dismissed the complaint as to eight of the ten named defendants. The Court later entered judgment under Fed. R. Civ. P. 54(b), thus making its decision appealable.

We affirm. We have nothing of substance to add to the well-reasoned opinion of the District Court.

Affirmed.

A true copy.

Attest:

CLERK, U.S.COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Hon. Howard F. Sachs, United States District Judge for the Western District of Missouri.